IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-cv-752-BBC |
| Plaintiff, | |
| v. | |
| DAVID R. MASTERJOHN, JOHNSON BANK, BANK OF THE WEST, WISCONSIN DEPARTMENT OF REVENUE, WASHBURN COUNTY WISCONSIN, LES WEBSTER, and ASSET ACCEPTANCE LLC, | |
| Defendants. | |

## ORDER

Upon consideration of the *United States' Unopposed Motion to Dismiss Defendant Johnson Bank and for Partial Withdrawal of Motion for Default Judgment,* and it appearing no parties to the suit oppose such motion, IT IS SO ORDERED.

Johnson Bank is dismissed as a defendant in the above-captioned suit; and

The United States' *Motion for Default Judgment* (ECF No. 21) is withdrawn in part, with respect to Johnson Bank, but not as to defendant Asset Acceptance LLC.

Dated this 10th day of December, 2018

Barbara B Crabb
District Judge